UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CASEY SELLECK,

Plaintiff,

- against -

EXPEDIA GROUP, INC. ET AL.,

Defendant.

---

25-CV-9854 (RA) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the discovery conference held on November 10, 2026, and for the reasons stated thereat:

1. Defendants' motion to compel Plaintiff to produce additional information about damages is granted to the extent that Plaintiff shall provide the assumptions, inputs, and arithmetic used to calculate the claimed amounts of economic damages.

2. Defendants' motion to compel medical and mental health records is denied without prejudice based on Plaintiff counsel's representations made at the conference. To be clear, Plaintiff must obtain and produce all medical records concerning diagnosis and treatment of her ear and all records concerning diagnosis and treatment of her mental health. With respect to the medical records, only information related solely to medical issues unrelated in any way to Plaintiff's ear issue may be redacted.

3. Defendants' motion to compel production of the information requested about Plaintiff's previous employment at OnMed is granted.

4. Defendants' motion to compel production of information about revenue from Rowayton Oasis LLC is granted to the extent that Plaintiff shall produce information sufficient to show the revenue generated by that entity.

5. Plaintiff's motion to quash the subpoena to OnMed is denied.

6. Plaintiff's motion to compel Mr. Paredes, a named Defendant and employee of Defendant Expedia, and Ms. Cabero, also employed by Defendant Expedia (collectively, the "Deponents") to be deposed in New York City is resolved as follows: Defendants will inquire about the Deponents' business travel schedule for the period between now and the end of fact discovery and, if any travel to the New York City area is planned, shall make the Deponents available for deposition in New York City if doing so is reasonably feasible. If not reasonably feasible to do so, or if the Deponents have no plans at all to be in New York City before the end of discovery, Plaintiff may either (i) take the depositions remotely, or (ii) take the depositions in person in Spain, in which case Defendants shall pay the reasonable cost of airfare and hotel for one person to travel to Spain one time to take the Deponents' depositions.

The Clerk of Court is respectfully directed to terminate the letter motions at Dkts. 39 and 40.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 10, 2026
New York, New York

Copies transmitted this date to all counsel of record.